# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JULIA BLACKWELL**                                                          **PLAINTIFF**

v.                               **CASE NO. 4:19-CV-00016 BSM**

**GARRISON PROPERTY AND
 CASUALTY INSURANCE COMPANY, et al.**                                         **DEFENDANTS**

## ORDER

Julia Blackwell's motion for reconsideration or to amend her complaint [Doc. No. 19] is denied. The motion for reconsideration is denied because she has not demonstrated that the order contained a manifest error of law. *See United States v. Metropolitan St. Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir. 2006). The motion for leave to amend is denied because it is unclear as what the proposed amendments are and how they will cure the defects in the original complaint. *See Ryan v. Ryan*, 889 F.3d 499, 508 (8th Cir. 2018) (noting that district courts have "considerable discretion to deny a post-judgment motion for leave to amend because such motions are disfavored").

IT IS SO ORDERED this 29th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE